# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| ROBERT JESS KNAPE, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | No. 2:08CV61 AGF |
| ) | |
| ROBERT BLISS, et al., ) | |
| ) | |
| Defendant(s). ) | |

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 2nd Day of December, 2008.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE